UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH H. BRATKOWSKI** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | SECTION: |
| | * | |
| **CAL DIVE INTERNATIONAL** | * | |
| | * | MAGISTRATE: |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes complainant, **KENNETH H. BRATKOWSKI**, a person of full legal age and a citizen and domiciliary of Denham Springs, Louisiana. Complainant avers the following:

**I.**

Jurisdiction is based upon the Jones Act, 46 USC 688.

**II.**

Made party defendant herein is **CAL DIVE INTERNATIONAL,** a Texas corporation with its principal place of business in New Orleans, licensed to do and doing business in this district and state.

**III.**

At all material times herein, complainant was employed by defendant assigned to the M/V CAL DIVER I, as a seaman in the capacity of diver. Furthermore, complainant is a ward of this Court, and therefore elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed herein without prepayment of costs or fees.

**IV.**

On or about August 6, 2012, complainant was on a routine dive to re-route the Allison Pipeline. When the bell reached approximately 180 feet, the hatch to the bell opened automatically due to pressures equalizing. Complainant began to pull open the hatch open. The bell hatch was approximately 28 inches in diameter and weighed 71 pounds. The lifting limit for divers per Cal Dive operational manual is fifty (50) pounds. Due to the weight of the hatch, complainant suffered injuries to his back at the L4 and L5-SI disc affecting his right hip, leg, and foot.

**V.**

At all material times herein, defendant owned, operated, chartered, manned and controlled the M/V CAL DIVER I.

**VI.**

A proximate cause of the accident herein was the negligence attributable to defendant in failing to furnish complainant a safe place to work. Defendant was negligent per se in connection with the accident and injuries herein. A proximate cause of the accident and injuries herein was the unseaworthy condition of the M/V CAL DIVER I.

## VII.

As a direct and proximate result of the accident herein, complainant has sustained serious, disabling and permanent injuries to his spine. Complainant has damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of FIFTEEN MILLION ($15,000,000.00) DOLLARS. Complainant also seeks punitive damages in an appropriate amount for the wanton and reckless actions of defendant in failing to furnish a safe work place and in failing to provide a seaworthy vessel.

## VIII.

Maintenance and cure is due from defendant. Complainant's accident occurred while in the service of the vessel. Complainant is being treated by Dr. Henry L. Eiserloh in Baton Rouge, Louisiana. Complainant requires additional surgical intervention. Complainant is required to lie down every hour for approximately fifteen (15) minutes to relieve pain. Due to the severity of his back injury and persistent pain, complainant has lost full function of his right leg and must stay medicated to help alleviate the pain. He has lost the ability to run and walk at an accelerated pace. He also experiences a constant tingling in his foot and radiating pain through the entirety of his leg if his foot is touched. Demand is made for an appropriate rate of maintenance and for appropriate cure, and for all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages from said employer, should said benefits not be provided as required by law.

**WHEREFORE**, complainant demands judgment against CAL DIVE INTERNATIONAL herein for the full and total sum of FIFTEEN MILLION ($15,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure and related compensatory and punitive damages and attorney fees from defendant, for an appropriate award of punitive damages for the wanton and reckless disregard of defendant in failing to furnish complainant a safe place to work and in failing to furnish a seaworthy vessel, for all costs of these proceedings and all appropriate, general and equitable relief.

Respectfully submitted,

S/ ROBERT K. LANSDEN
ROBERT K. LANSDEN #25441
125 E. Pine Street
Ponchatoula, LA   70454
Telephone: 985-370-9006
Email:lansdenlaw@gmail.com
Attorney for Complainant

And

DISCON LAW FIRM
BY: S/THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
424 N. Causeway Blvd., Suite A
Mandeville, LA   70448
Telephone: 985-674-9748
Facsimile: 985 674-9748
Email: tdiscon@disconlawfirm.com

**PLEASE SERVE:**

**CAL DIVE INTERNATIONAL**
**THROUGH ITS REGISTERED AGENT FOR PROCESS:**
**CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD., SUITE 400B**
**BATON ROUGE, LA 70808**